

# IN THE
# TENTH COURT OF APPEALS

### No. 10-20-00220-CV

**SAMUEL RAY HINES AND**
**THE OTHER SCOTT AND FOSTER HEIRS, ET AL.,**

**Appellants**

 **v.**

**GLEN HEGAR,**
**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS,**
**THE STATE OF TEXAS, RAJENA SCOTT, AND**
**BUETTA SCOTT**

**Appellees**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 19-000225-CV-272

## MEMORANDUM OPINION

On September 11, 2023, the parties filed a "Joint Motion to Dismiss for Settlement,"

which states that they have reached an agreement to settle the appeal. The parties ask

this Court to set aside the trial court's judgment without regard to the merits and remand

the case to the trial court for rendition of judgment in accordance with their agreement.

*See* TEX. R. APP. P. 42.1(a)(2)(B). The parties further request that costs of the appeal be taxed to the party incurring the same.

The agreed motion is granted. Accordingly, we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for further proceedings in accordance with the parties' agreement.


JIM R. WRIGHT
Senior Chief Justice

Before Justice Johnson and
    Justice Wright[1]
Motion granted; remanded
Opinion delivered and filed October 26, 2023
[CV06]

---

[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.